# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Timothy F. Gilboe

Case No. Civil 01-1021 DWF/AJB

v.

**JUDGMENT IN A CIVIL CASE**

City of Bloomington and William Grabosky,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that 1. Defendants' Motion for Summary Judgment is GRANTED as to all Defendants.**

DATE: September 12, 2002

RICHARD D. SLETTEN, CLERK

Deborah D. Bell, Deputy Clerk

16